USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RINALDI,

                        Petitioner,

        -against-

WARDEN FCI OTISVILLE,

                        Respondent.

1:24-CV-2449 (MKV)

ORDER TO ANSWER, 28 U.S.C. § 2241

MARY KAY VYSKOCIL, United States District Judge:

      The Court, having examined the amended petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241 (ECF 6), hereby ORDERS that:

      The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

      Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the amended petition. Petitioner may file reply papers, if any, within 30 days from the date Petitioner is served with Respondent's answer or other pleading in response to the amended petition.

SO ORDERED.

Dated:   December 17, 2024
             New York, New York

                                                                  _____
                                                                     MARY KAY VYSKOCIL
                                                                   United States District Judge